IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
98 FEB 23 PM 3: 24
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| CHARLES DAVIN MITCHELL, | ) |
| Plaintiff, | ) |
| vs | ) CIVIL ACTION NO. 97-S-0627-NE |
| SHERIFF MIKE BLAKELY, | ) |
| Defendant. | ) |

ENTERED
FEB 24 1998

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the magistrate judge's report and recommendation. It is noted that the report and recommendation was mailed to the plaintiff at two different addresses. On October 14, 1997, the report and recommendation was mailed to the address the plaintiff provided the court. On October 30, 1997, correspondence was received from the plaintiff. The return address on that correspondence contained a different address, whereupon the report and recommendation was re-mailed to that address. The court has heard nothing further from the plaintiff.

If the correspondence is treated as objections, they are without merit, and if the correspondence is treated as additional allegations, they add nothing to the plaintiff's claims. The plaintiff was assaulted by another inmate, but jail personnel, much less Sheriff Mike Blakely, had no prior reason to think that the inmate who assaulted the plaintiff represented a danger to the plaintiff's safety. With respect to the medical care claim, the plaintiff was found by jail personnel at approximately 10:30 p.m. Approximately thirty

minutes later an ambulance was summoned and took the plaintiff to a hospital emergency room, where he was met by Sheriff Blakely. The plaintiff was treated as deemed proper by hospital personnel.

The court has reached an independent conclusion that the magistrate judge's report and recommendation is due to be adopted and approved. The court hereby adopts and approves those findings and recommendations as the findings and conclusions of the court. In accord with the recommendation, and the court's further comments herein, the defendant's motion for summary judgment is due to be granted and this complaint dismissed. An appropriate order will be entered.

DONE, this 23rd day of February, 1998.

C. LYNWOOD SMITH, JR.,
UNITED STATES DISTRICT JUDGE

-2-